# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2025

## NO. 03-25-00272-CV

**Robert Shearer, III, Appellant**

**v.**

**Joyce Nadine Rosa, Appellee**

### APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the Order in Suit Affecting the Parent-Child Relationship signed by the trial court on February 24, 2025. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.